UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHING FANG CHANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 20-CV-07011-LHK<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE** |

On July 15, 2021, the Court granted Defendants' unopposed motion to dismiss with leave to amend all claims against Defendants in Plaintiff's amended complaint. ECF No. 35. The Court ordered Plaintiff to file any amended complaint by August 16, 2021. *Id.* at 5. The Court further stated that failure to do so, or failure to cure deficiencies identified in the Court's order or identified in the unopposed motion to dismiss, would result in dismissal of Plaintiff's claims with prejudice. *Id.*

On August 13, 2021, Plaintiff filed a document indicating that Plaintiff did not intend to file an amended complaint. ECF No. 36. Furthermore, Plaintiff did not file an amended complaint by August 16, 2021. Accordingly, the Court dismisses Plaintiff's claims with prejudice.

**IT IS SO ORDERED.**

1

Case No. 20-CV-07011-LHK
ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE

Dated: August 18, 2021

_____
LUCY H. KOH
United States District Judge